## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| WINCHESTER CONDOMINIUM ASSOCIATION, | : No. 341 WAL 2018 |
| Respondent | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| JOSEPH S. AURIA, | |
| Petitioner | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.